**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| IN RE:<br>KEITH AUERSWALD<br>　　　　　　DEBTOR | CASE NO. 19-16093-amc<br>CHAPTER 13 |

### NOTICE OF CREDITOR'S CHANGE OF ADDRESS

NAME:　　　　　　　　　　　　FREEDOM MORTGAGE CORPORATION

EFFECTIVE DATE OF CHANGE:　04/29/2024

OLD NOTICE ADDRESS:　　　　10500 Kincaid Drive, Suite 300
　　　　　　　　　　　　　　　Fishers, IN 46037-9764

NEW NOTICE ADDRESS:　　　　11988 Exit 5 Parkway, Building 4
　　　　　　　　　　　　　　　Fishers, IN 46037-9739

OLD PAYMENT ADDRESS:　　　10500 Kincaid Drive, Suite 300
　　　　　　　　　　　　　　　Fishers, IN 46037-9764

NEW PAYMENT ADDRESS:　　　11988 Exit 5 Parkway, Building 4
　　　　　　　　　　　　　　　Fishers, IN 46037-9739

Dated: August 22, 2024

　　　　　　　　　　　　　　　*/s/Lorri Beltz*
　　　　　　　　　　　　　　　Lorri Beltz, Vice President, Default
　　　　　　　　　　　　　　　Freedom Mortgage Corporation
　　　　　　　　　　　　　　　11988 Exit 5 Parkway, Building 4
　　　　　　　　　　　　　　　Fishers, IN 46037-9739
　　　　　　　　　　　　　　　Telephone: (855) 690-5900
　　　　　　　　　　　　　　　E-Mail: Bankruptcy@FreedomMortgage.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| IN RE:<br>KEITH AUERSWALD<br>　　　　　　DEBTOR | CASE NO. 19-16093-amc<br>CHAPTER 13 |

## CERTIFICATE OF SERVICE

　　　I, the undersigned, hereby certify that I have served a true and correct copy of the Notice Of Creditor's Change Of Address to all creditors and parties in interest by electronic means or mailed, postage prepaid on this day to the following:

Via First Class Mail:

JOHN M. KENNEY
JOHN M. KENNEY P.C.
308 N Oxford Valley Rd
Fairless Hills PA 19030-2610
*Counsel for Debtor*

SCOTT F. WATERMAN (CHAPTER 13)
2901 Saint Lawrence Ave Ste 100
Reading PA 19606-2265
*Chapter 13 Trustee*

KEITH AUERSWALD
9 Cliff Rd
Levittown PA 19057-1712
*Debtor*

This 22nd Day of August, 2024

　　　　　　　　　　　　　　　　*/s/Lorri Beltz*
　　　　　　　　　　　　　　　　Lorri Beltz, Vice President, Default
　　　　　　　　　　　　　　　　Freedom Mortgage Corporation
　　　　　　　　　　　　　　　　11988 Exit 5 Parkway, Building 4
　　　　　　　　　　　　　　　　Fishers, IN 46037-9739
　　　　　　　　　　　　　　　　Telephone: (855) 690-5900
　　　　　　　　　　　　　　　　E-Mail: Bankruptcy@FreedomMortgage.com