| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 19-16093-AMC**

| | |
|---|---|
| Keith Auerswald | Petition Filed Date: 09/27/2019 |
| 9 Cliff Road | 341 Hearing Date: 11/15/2019 |
| Levittown  PA    19057 | Confirmation Date: 05/13/2020 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/21/2023 | $253.00 | | 09/13/2023 | $253.00 | | 10/10/2023 | $253.00 | |
| 11/13/2023 | $253.00 | | 12/11/2023 | $253.00 | | 01/18/2024 | $253.00 | |
| 02/13/2024 | $253.00 | | 03/11/2024 | $253.00 | | 04/08/2024 | $253.00 | |
| 05/09/2024 | $253.00 | | 06/10/2024 | $253.00 | | 07/09/2024 | $253.00 | |

**Total Receipts for the Period: $3,036.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $14,759.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Keith Auerswald | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | JOHN M KENNEY ESQ | Attorney Fees | $950.00 | $950.00 | $0.00 |
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $684.09 | $63.23 | $620.86 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $745.87 | $68.90 | $676.97 |
| 3 | CHASE BANK USA NA<br>»» 003 | Unsecured Creditors | $6,474.02 | $627.54 | $5,846.48 |
| 4 | AMERICAN EXPRESS NATIONAL BANK<br>»» 004 | Unsecured Creditors | $19,224.04 | $1,863.32 | $17,360.72 |
| 5 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 005 | Unsecured Creditors | $5,676.68 | $550.19 | $5,126.49 |
| 6 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 006 | Unsecured Creditors | $2,523.00 | $233.04 | $2,289.96 |
| 7 | ALLY FINANCIAL<br>»» 007 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | AMERICAN HERITAGE CREDIT UNION<br>»» 008 | Unsecured Creditors | $12,225.57 | $1,184.98 | $11,040.59 |
| 9 | FREEDOM MORTGAGE CORPORATION<br>»» 009 | Mortgage Arrears | $444.07 | $444.07 | $0.00 |
| 10 | CITIBANK NA<br>»» 010 | Unsecured Creditors | $2,158.11 | $199.41 | $1,958.70 |
| 11 | UNITED STATES TREASURY (IRS)<br>»» 11P | Priority Crediors | $7,208.76 | $7,208.76 | $0.00 |
| 12 | UNITED STATES TREASURY (IRS)<br>»» 11U | Unsecured Creditors | $399.84 | $31.52 | $368.32 |

**Chapter 13 Case No. 19-16093-AMC**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $14,759.00 | Current Monthly Payment: | $253.00 |
| Paid to Claims: | $13,424.96 | Arrearages: | ($225.00) |
| Paid to Trustee: | $1,298.99 | Total Plan Base: | $15,040.00 |
| Funds on Hand: | $35.05 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.