Certificate Number: 05781-PAE-DE-038883169

Bankruptcy Case Number: 19-16093



05781-PAE-DE-038883169

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 19, 2024, at 8:16 o'clock AM PDT, Keith Auerswald completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   September 19, 2024              By:    /s/Allison M Geving

                                        Name:  Allison M Geving

                                        Title: President