United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-16093-amc |
| Keith Auerswald | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 26, 2024 | Form ID: 138OBJ | Total Noticed: 28 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Keith Auerswald, 9 Cliff Road, Levittown, PA 19057-1712 |
| 14434757 | + | AMERIHOME MORTGAGE COMPANY, LLC, CENLAR FSB, ATTN.: BK DEPARTMENT, 425 PHILLIPS BLVD., EWING NJ 08618-1430 |
| 14561108 | + | AmeriHome Mortgage Company, LLC, c/o Daniel P. Jones, Esquire, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square Warrington, PA 18976-3403 |
| 14561181 | + | AmeriHome Mortgage Company, LLC, c/o Daniel P. Jones, Esq., Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 14405445 | + | Amerihome Mortgage Company, LLC, c/o Mario Hanyon, Esq., Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Blvd, Suite 1400, Philadelphia, PA 19103-1814 |
| 14405118 | | Amerihome Mortgage Company, LLC, C/o Mario J. Hanyon, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14396442 | + | Amerihome Mtg Co, Llc, 21300 Victory Blvd Ste 2, Woodland Hills, CA 91367-2525 |
| 14632802 | +++ | Freedom Mortgage Corporation, 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-7939 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 27 2024 00:05:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 27 2024 00:05:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14430652 | | Email/Text: ally@ebn.phinsolutions.com | Nov 27 2024 00:05:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 14620372 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 27 2024 00:15:17 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14620569 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 27 2024 00:15:43 | Ally Bank, c/o Arvind Nath Rawal, AIS Portfolio Services LP, 4515 N Santa Fe Ave Dept APS, Oklahoma City, OK 73118-7901 |
| 14396440 | | Email/Text: ally@ebn.phinsolutions.com | Nov 27 2024 00:05:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 14421535 | | Email/PDF: bncnotices@becket-lee.com | Nov 27 2024 00:16:25 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14396441 | + | Email/Text: jvalencia@amhfcu.org | Nov 27 2024 00:05:00 | American Heritage Fcu, 2060 Red Lion Rd, Philadelphia, PA 19115-1699 |
| 14396443 | + | Email/PDF: bncnotices@becket-lee.com | Nov 27 2024 00:16:20 | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 14396444 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 27 2024 00:15:34 | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14434956 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

Case 19-16093-amc    Doc 61    Filed 11/28/24    Entered 11/29/24 00:39:55    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 26, 2024 | Form ID: 138OBJ | Total Noticed: 28 |

| | | | | |
|---|---|---|---|---|
| | | | Nov 27 2024 01:23:04 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14396446 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Nov 27 2024 00:05:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 14396447 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 27 2024 00:05:00 | IRS, Fresno, CA 93888 |
| 14429740 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 27 2024 00:05:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14396445 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 27 2024 00:15:53 | Chase / Cardmember Service, PO Box 1423, Charlotte, NC 28201-1423 |
| 14396448 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 27 2024 00:15:19 | Jpmcb Card, Po Box 15298, Wilmington, DE 19850 |
| 14410931 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Nov 27 2024 00:05:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14404120 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 27 2024 00:15:19 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14396449 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 27 2024 00:33:21 | Syncb/home Design Hvac, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14396450 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 27 2024 00:15:19 | Syncb/sleep Number, C/o Po Box 965036, Orlando, FL 32896-0001 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 28, 2024         Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 26, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| DANIEL P. JONES | on behalf of Creditor Amerihome Mortgage Company  LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com |
| JOHN M. KENNEY | on behalf of Debtor Keith Auerswald jken330@comcast.net  Kathy@jkenneylaw.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Nov 26, 2024 | Form ID: 138OBJ | Total Noticed: 28 |

MARIO J. HANYON
    on behalf of Creditor Amerihome Mortgage Company  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

THOMAS SONG
    on behalf of Creditor Amerihome Mortgage Company  LLC tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 8

*Form 138OBJ* (6/24)−doc 60 − 54

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>    Keith Auerswald<br><br>    Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 19−16093−amc<br><br>Chapter: 13 |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: November 26, 2024                                      For The Court

                                                            Timothy B. McGrath
                                                            Clerk of Court